UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| LADONNA MARIE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-418-JVB-JPK |
| | ) | |
| STELLAR RECOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff LaDonna Marie Williams filed a complaint against Defendant Stellar Recovery, Inc., alleging improper debt collection practices. (DE 1.) Defendant filed an answer denying liability (DE 6), but did not file any counterclaims. Eventually, the parties reached a settlement agreement. (DE 26.) This apparently did not end the dispute, however, as Plaintiff soon filed a motion to enforce the agreement. (DE 28.) This Court denied the motion, noting that it "does not involve itself in the enforcement of settlement agreements." (DE 37.) Then, Defendant's counsel moved to withdraw, stating that Defendant "has ceased operations." (DE 32 at 1.) This Court granted that motion, but noted that, since Defendant is a corporation, it must appear by counsel. (DE 38.) To date, Defendant has not secured counsel. Accordingly, this Court has been mailing Defendant copies of orders, but these letters have been consistently returned as undeliverable. (*See* DE 39, 40, 42, 46, 47.)

Meanwhile, Plaintiff filed a notice of voluntary dismissal, which this Court construes as a motion to dismiss under Rule 41(a)(2) because Defendant has already filed an answer. There being no objections or pending counterclaims, this Court GRANTS Plaintiff's motion. This Court ORDERS that Defendant Stellar Recovery, Inc., is hereby dismissed without prejudice.

1

SO ORDERED on September 17, 2019.

    S/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE